[No. 35930-4-I.    Division One.    December 16, 1996.]

DANIEL M. STROM, ET AL., *Appellants*, v. LAKE
WASHINGTON SCHOOL DISTRICT NO. 414, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-21818-6, Robert S. Lasnik, J., entered
November 22, 1994. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Coleman and Grosse, JJ.

[No. 36465-1-I.    Division One.    December 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KELVIN
JAMES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-05104-7, Ann Schindler, J, entered March
23, 1995. *Reversed* by unpublished per curiam opinion.

[No. 36618-1-I.    Division One.    December 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD
BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-1-00012-1, James H. Allendoerfer,
J., entered April 24, 1995. *Affirmed* by unpublished per
curiam opinion.

[No. 36707-2-I.    Division One.    December 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. E.S.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-01062-0, Marsha J. Pechman, J., entered
May 23, 1995. *Dismissed* by unpublished per curiam
opinion.